

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF A.S.M., A CHILD, | § | No. 08-19-00212-CV |
|  | § | Appeal from the |
| Appellant. | § | 65th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2004CM737) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **May 29, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Veronica Teresa Lerma, Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before May 29, 2020.

IT IS SO ORDERED this 29th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.